IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REGINALD T. BAILEY, | ) |
|     Plaintiff, | ) Case No. 4:23-cv-00696 |
| v. | ) JUDGE DAN AARON POLSTER |
| COMMISSIONER OF SOCIAL SECURITY, | ) ORDER |
|     Defendant. | ) |

In a Report and Recommendation, issued on December 14, 2023, Magistrate Judge Greenberg recommended that Plaintiff's request for remand under sentence six of 42 U.S.C. § 405(g) be denied and that the Commissioner's final decision be reversed and remanded under sentence four of 42 U.S.C. § 405(g), for further consideration consistent with the Report and Recommendation.  ECF Doc. 16.

On December 18, 2023, Defendant filed a response and stated that there are no objections to the Report and Recommendation.  ECF Doc. 17.  In email correspondence dated December 19, 2023, Plaintiff's Counsel stated that Plaintiff has no objections to the Report and Recommendation.  Accordingly, the Report and Recommendation is adopted as unopposed.  Plaintiff's request for remand under sentence six of 42 U.S.C. § 405(g) is DENIED.  The Commissioner's final decision is REVERSED AND REMANDED under sentence four of 42 U.S.C. § 405(g), for further consideration consistent with the Report and Recommendation.

**IT IS SO ORDERED.**

Date: December 19, 2023

                                                                    */s/ Dan Aaron Polster*
                                                                     Dan Aaron Polster
                                                                     United States District Judge